UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSE LEE CAUSEY, ET AL.                          CIVIL ACTION

VERSUS

MURPHY OIL USA INC., ET AL.                      NO.: 19-00052-BAJ-EWD

### SIXTY-DAY ORDER OF DISMISSAL

On January 16, 2020, the parties held a Settlement Conference before the United States Magistrate Judge. Following the conference, the Magistrate Judge issued a **Settlement Conference Report and Recommendation (Doc. 21)** advising the Court that the parties had reached a settlement agreement. The Report further recommended that a conditional order of dismissal be issued. The Court adopts this recommendation herein. Accordingly,

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the parties' rights to, within **SIXTY DAYS** and upon good cause shown, re-open this matter if the settlement is not consummated. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

Baton Rouge, Louisiana, this _23rd_ day of January, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA