UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSE LEE CAUSEY, ET AL. | CIVIL ACTION |
| VERSUS | |
| MURPHY OIL USA INC., ET AL. | NO.: 19-00052-BAJ-EWD |

### FINAL JUDGMENT

Considering the Court's Order granting the Joint Motion to Dismiss (Doc. 24),

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 16th day of September, 2020

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA